JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANCHO MIRAGE MOBILEHOME COMMUNITY, LP, a California limited partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>COACHELLA VALLEY WATER DISTRICT and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-02359-JWH-SHKx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1367(a).

2. This Court also possesses personal jurisdiction over Plaintiff Rancho Mirage Mobilehome Community, LP and Defendant Coachella Valley Water District.

3. Fictitiously named Defendants Does 1-10 are **DISMISSED**.

4. With respect to Plaintiff's first claim for relief—for violation of 42 U.S.C. § 1983 (takings clause of the Fifth Amendment)—Defendant shall have **JUDGMENT** in its favor and against Plaintiff. Plaintiff's first claim for relief is **DISMISSED without leave to amend** under Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim. Plaintiff shall take nothing by way of its first claim for relief.

5. With respect to Plaintiff's remaining three claims for relief arising under California state law—for violation of Cal. Const. Art. 1, § 19; for declaratory relief; and for unfair business practices in violation of Cal. Bus. & Prof. Code §§ 17200, *et seq.*—the Court declines to exercise supplemental jurisdiction. Accordingly, Plaintiff's remaining claims for relief are **DISMISSED without prejudice**.

6. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 1, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE